9 F.3d 1539
 Dobson (Spencer R., Jr.), Bing (Spencer), Taylor (Edward)
v.
Zimmerman (Charles H.), Stachelek (Thomas D.), Buzzar (Lt.),
Owens (David), Vaughn (Donald), Callender (Adrian), Dietz
(Robert), Spurio (Peter), Lendo (Daniel), Cappo (Michael),
Deloughery (Thomas), Smaller (Tyrone), Smith (Arthur L.),
Buzzar (Thomas J.)
 NO. 93-1047
 United States Court of Appeals,
Third Circuit.
 Oct 15, 1993
 
 Appeal From: E.D.Pa.,
 DuBois, J.
 
 
 1
 AFFIRMED.